**LAW OFFICES OF PERLISS & GROSS**          JS-6
**KENNETH I. GROSS, ESQ., Bar #117838**
**(kgross@perlissandgross.com)**
**THOMAS D. SHAMBAUGH, ESQ., Bar #184625**
**(tds1usa@yahoo.com)**
**849 S. Broadway Street, Suite 504**
**Los Angeles, California 90014**
**Tel. (213) 627-4021**
**Fax. (213) 623-4628**

Attorneys for Plaintiff LAU CHING YEUNG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAU CHING YEUNG, | CASE NO.: CV 07-06078GPS (CWx) |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| JANE ARELLANO, et al., | |
| Defendants. | |

Upon due consideration of the Stipulation of the parties,

IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice.

Dated: April 9, 2008

GEORGE P. SCHIAVELLI
_____
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE